**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DANIEL RODRIGUEZ QUESADA,

Petitioner,

v.

WARDEN OF ADELANTO, et al.,

Respondents.

Case No. ED CV 26-3452 PA (DTB)

JUDGMENT

In accordance with the Court's November 18, 2026 Order Granting Petition, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Petition in this action is GRANTED, with Respondents ORDERED to immediately release Petitioner Daniel Rodriguez Quesada (A# 087 515 667) from custody, subject to his preexisting conditions of release, if any.

DATED: November 18, 2026

Percy Anderson
UNITED STATES DISTRICT JUDGE